**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.L. | : | No. 177 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.G., NATURAL MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN THE INTEREST OF: M.G. | : | No. 178 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: A.G., NATURAL MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.